**Order entered May 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01637-CV

### DR. RICHARD MALOUF AND LEANNE MALOUF, Appellants

### V.

### GRAHAM WOOD AND AOL, INC., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

By order dated March 25, 2014, the Court questioned its jurisdiction over the portion of the above-captioned appeal concerning the trial court's order, signed November 5, 2013, in which the trial court dismissed all claims against defendant Graham Wood. The Court directed the parties to file jurisdictional briefing addressing this Court's jurisdiction over the claims in the appeal involving Graham Wood. In response to the Court's order, the parties obtained a joint order of severance from the trial court, severing all claims asserted against Graham Wood into trial court cause number CC-14-1556-C. It now appears that the Court has jurisdiction over all matters appealed in the above-captioned case.

Accordingly, the Court **ORDERS** the Clerk of the Court to docket the appeal of the trial court's order in trial court cause number CC-14-1556-C as a new appeal bearing the appellate

cause number 05-14-00568-CV and the style, *Dr. Richard Malouf and Leanne Malouf v Graham Wood*. The Court **ORDERS** the Clerk of the Court to include a copy of all documents from cause number 05-13-01637-CV in cause number 05-14-00568-CV and to treat the filing fee previously paid by Dr. Richard Malouf and Leanne Malouf in cause number 05-13-01637-CV as paid in 05-14-00568-CV.

Appellate cause number 05-13-01637-CV, which encompasses the appeal by AOL, Inc. of the trial court's denial in trial court cause number CC-12-06268-C of its motion under chapter 27 of the Texas Civil Practices and Remedies Code, shall remain pending. The Court **ORDERS** the Clerk of the Court to restyle cause number 05-13-01637-CV as *AOL, Inc. v. Dr. Richard Malouf and Leanne Malouf.*

At the request of the parties, by order dated March 25, 2014, the Court established a combined briefing schedule for all the claims then included in cause number 05-13-01637-CV, including the claims asserted against Graham Wood. The parties shall continue to adhere to the briefing schedule established by that order and shall file their briefs in cause number 05-13-01637-CV and cause number 05-14-00568-CV according to the schedule set forth in the order dated March 25, 2014 as a single document bearing both cause numbers.

.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE